# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0270
LT Case No. 05-2024-CF-16207-A
05-2024-CF-16208-A
05-2024-CF-16209-A

_____

JOAN M. FOGLIA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Aaron J. Peacock, Judge.

Matthew J. Metz, Public Defender, and Jane C. Almy, Assistant
Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Deborah A.
Chance, Assistant Attorney General, Daytona Beach, for
Appellee.

September 30, 2025

PER CURIAM.

AFFIRMED.

JAY, C.J., and BOATWRIGHT, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____